IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARDO SOLANA,<br>    Plaintiff,<br>v.<br>John Doe, M.D., MOSHANNON<br>VALLEY CORRECTIONAL CENTER,<br>et al.,<br>    Defendants | Case No. 3:07-cv-140-KRG-KAP |
| GERARDO SOLANA,<br>    Plaintiff,<br>v.<br>MICHAEL MILLWARD, WARDEN,<br>MOSHANNON VALLEY CORRECTIONAL<br>CENTER, et al.,<br>    Defendants | Case No. 3:07-cv-161-KRG-KAP |

MEMORANDUM ORDER

The plaintiff's motions to reconsider the dismissal of these two matters, docket no. 7 at Case No. 3:07-cv-140-KRG-KAP, docket no. 6 at Case No. 3:07-cv-161-KRG-KAP, were referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on November 2, 2007, docket no. 8 at Case No. 3:07-cv-140-KRG-KAP, docket no. 7 at Case No. 3:07-cv-161-KRG-KAP, recommending that plaintiff's motions to reconsider the dismissal of these matters be dismissed.

The plaintiff was notified that, pursuant to 28 U.S.C.§ 636(b)(1), he had ten days to serve and file written objections to the Report and Recommendation. Plaintiff filed timely objections

but no authorization for the payment of filing fees or evidence that he had ever sent in an authorization in either case.

Upon de novo review of the record of this matter, including the Report and Recommendation and the timely objections thereto, the following order is entered:

AND NOW, this 30th day of April, 2008, it is

ORDERED that the motions to reconsider the dismissal of these matters, docket no. 7 at Case No. 3:07-cv-140-KRG-KAP, docket no. 6 at Case No. 3:07-cv-161-KRG-KAP, are denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Gerardo Solana, Reg. No. 31189-053
F.C.I. Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

2